**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LODSYS, LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:11-cv-283 |
| | § |
| ADIDAS AMERICA INC.; | § |
| BBY SOLUTIONS, INC.; | § |
| BEST WESTERN INTERNATIONAL, INC.; | § |
| CVS CARMARK CORPORATION; | § |
| SAM'S WEST, INC.; | § |
| STANLEY, BLACK & DECKER, INC.; | § |
| THE CONTAINER STORE, INC.; | § |
| THE TEACHING COMPANY, LLC; | § |
| VEGAS.COM, LLC; | § |
| VITAMIN SHOPPE, INC., | § |
| | § |
| Defendants. | § |

## NOTICE OF DISMISSAL

Plaintiff Lodsys, LLC ("Lodsys"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby notifies the Court of its dismissal of all claims in this action between Lodsys and Defendant Stanley, Black & Decker, Inc., with prejudice and with each party to bear its own costs, expenses, and attorneys' fees.

Dated: September 20, 2011.                             Respectfully Submitted,

By:    /s/ Christopher M. Huck
       Michael A. Goldfarb
       (admitted *pro hac vice*)
       Christopher M. Huck
       (admitted *pro hac vice*)
       KELLEY, DONION, GILL,
       HUCK & GOLDFARB, PLLC
       701 Fifth Avenue, Suite 6800
       Seattle, Washington 98104
       Phone: (206) 452-0260
       Fax: (206) 397-3062
       Email: goldfarb@kdg-law.com
              huck@kdg-law.com

William E. "Bo" Davis, III<br>
Texas State Bar No. 24047416<br>
THE DAVIS FIRM, PC<br>
111 West Tyler Street<br>
Longview, Texas 75601<br>
Phone:  (903) 230-9090<br>
Fax:  (903) 230-9090<br>
Email:  bdavis@bdavisfirm.com

**Attorneys for Plaintiff Lodsys, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this response was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(V).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 20th day of September, 2011.

By:   /s/ Christopher M. Huck
      Christopher M. Huck