**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LODSYS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:11-CV-283 |
| | § | |
| ADIDAS AMERICA INC.; | § | |
| BBY SOLUTIONS, INC.; | § | **JURY TRIAL DEMANDED** |
| BEST WESTERN INTERNATIONAL, INC.; | § | |
| CVS CARMARK CORPORATION; | § | |
| SAM'S WEST, INC.; | § | |
| STANLEY, BLACK & DECKER, INC.; | § | |
| THE CONTAINER STORE, INC.; | § | |
| THE TEACHING COMPANY, LLC; | § | |
| VEGAS.COM, LLC; | § | |
| VITAMIN SHOPPE, INC., | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF LODSYS, LLC'S ORIGINAL ANSWER TO DEFENDANT BESTBUY.COM, LLC'S COUNTERCLAIMS

COMES NOW, Plaintiff Lodsys, LLC ("Lodsys"), and files its Original Answer to the Counterclaims filed by Defendant BestBuy.com, LLC ("Best Buy"), and would respectfully show the Court as follows:

### PARTIES

1.      Lodsys admits the allegations in paragraph 31.

2.      Lodsys admits the allegations in paragraph 32.

### JURISDICTION AND VENUE

3.      Lodsys admits that this Court has jurisdiction over the subject matter of Best Buy's Counterclaims and that venue for Best Buy's Counterclaims is proper in this District. The remaining legal or other conclusions in paragraph 33 do not require a response. To the extent a response is required, Lodsys denies the remaining allegations in paragraph 33.

4.     Lodsys admits that this Court has personal jurisdiction over Lodsys.   The remaining legal or other conclusions in paragraph 34 do not require a response.  To the extent a response is required, Lodsys denies the remaining allegations in paragraph 34.

## COUNT ONE

5.     Paragraph 35 contains legal or other conclusions that do not require a response. To the extent a response is required, Lodsys denies the allegations in paragraph 35.

6.     Paragraph 36 contains legal or other conclusions that do not require a response. To the extent a response is required, Lodsys denies the allegations in paragraph 36.

7.     Lodsys denies the allegations in paragraph 37.

## COUNT TWO

8.     Lodsys restates and incorporates by reference each of its responses to the allegations in paragraphs 31 through 37 of Best Buy's Counterclaims, as if fully set forth herein.

9.     Paragraph 39 contains legal or other conclusions that do not require a response. To the extent a response is required, Lodsys denies the allegations in paragraph 39.

10.     Paragraph 40 contains legal or other conclusions that do not require a response. To the extent a response is required, Lodsys denies the allegations in paragraph 40.

11.     Lodsys denies the allegations in paragraph 41.

## RESPONSE TO BEST BUY'S REQUESTS FOR RELIEF

Lodsys denies that Best Buy is entitled to any of the relief requested in Best Buy's Prayer For Relief.

## LODSYS'S PRAYER FOR RELIEF

WHEREFORE, in addition to the relief requested in its Complaint, Lodsys respectfully requests entry of a judgment in its favor and against Best Buy as follows:

A.     That Best Buy take nothing by its Counterclaims;

B.     That the Court award Lodsys all costs and attorneys' fees incurred in defending against Best Buy's Counterclaims; and

C.     Any and all further relief that the Court deems just and proper.

Dated:  October 24, 2011.                    Respectfully Submitted,


                                    By:      /s/ Christopher M. Huck
                                             Michael A. Goldfarb
                                             (admitted *pro hac vice*)
                                             Christopher M. Huck
                                             (admitted *pro hac vice*)
                                             KELLEY, DONION, GILL,
                                             HUCK & GOLDFARB, PLLC
                                             701 Fifth Avenue, Suite 6800
                                             Seattle, Washington 98104
                                             Phone:  (206) 452-0260
                                             Fax:  (206) 397-3062
                                             Email:  goldfarb@kdg-law.com
                                                       huck@kdg-law.com

                                             William E. "Bo" Davis, III
                                             Texas State Bar No. 24047416
                                             THE DAVIS FIRM, PC
                                             111 West Tyler Street
                                             Longview, Texas 75601
                                             Phone:  (903) 230-9090
                                             Fax:  (903) 230-9090
                                             Email:  bdavis@bdavisfirm.com

                                             **Attorneys for Plaintiff Lodsys, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this response was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(V).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 24th day of October 2011.

By:   /s/ Christopher M. Huck
Christopher M. Huck